■ MARIANO A. ALMANZA, Respondent, v DIRCK A. STORM, Appellant, et al., Defendant. [691 NYS2d 802] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Kirk, J. (Appeal from Order of Supreme Court, Herkimer County, Kirk, J.—Foreclosure.) Present—Green, J. P., Pine, Wisner, Hurlbutt and Balio, JJ.